IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TRACEY L. HAMPTON, <br><br> Plaintiff, <br><br> v. <br><br> GEICO INSURANCE COMPANY, <br><br> Defendant. | Civil Action No. 2:09-cv-327 <br><br> Judge Donetta W. Ambrose <br> Magistrate Judge Lisa Pupo Lenihan <br><br> ECF No. 27 |

## MEMORANDUM ORDER

The Complaint in the above captioned case was filed in the Court of Common Pleas of Allegheny County, Pennsylvania on or about January 16, 2009. Subsequently, this action was removed to this Court by Defendant on March 18, 2009, and was referred to United States Magistrate Judge Lisa Pupo Lenihan for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. §636(b)(1), and Local Rules of Court 72.C and 72.D.

The Magistrate Judge's Report and Recommendation (ECF No. 38), filed on November 26, 2010, recommended that the Motion for Summary Judgment filed by Defendant GEICO Insurance Company (ECF No. 27) be granted and that judgment be entered in favor of Defendant GEICO Insurance Company. Service was made on all counsel of record. The parties were informed that in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1)(B) and (C), and Rule 72.D.2 of the Local Rules of

Court, that they had fourteen (14) days to file any objections. Plaintiff filed objections to the Report and Recommendation on December 9, 2010.

After review of the pleadings and documents in the case, together with the Report and Recommendation and objections thereto, the following Order is entered:

**AND NOW**, this 13th day of December, 2010,

**IT IS HEREBY ORDERED** that the Motion for Summary Judgment filed by Defendant GEICO Insurance Company (ECF No. 27) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Report and Recommendation (ECF No. 38) of Chief Magistrate Judge Lenihan, dated November 26, 2010, is adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that judgment is entered in favor of Defendant and against Plaintiff, and the case marked closed.

DONETTA W. AMBROSE
United States District Judge

cc: All Counsel of Record
*Via Electronic Mail*